UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MICHIGAN

| | |
|---|---|
| LAVAUGHN TAYLOR-HAYWOOD, | Case No. _____ |
| | Honorable _____ |
| Plaintiff, | |
| v. | Removed from: |
| | Wayne County Circuit Court |
| HENRY FORD HEALTH SYSTEM, and | Case No 21-016013-CD |
| LIFE INSURANCE COMPANY OF | Honorable CHARLES S. HEGERTY |
| AMERICA | |
| Defendants. | |

_____/

| | |
|---|---|
| BATEY LAW FIRM, PLLC | HONIGMAN, LLP |
| Scott P. Batey (P54711) | Kevin M. Blair (P76927) |
| Attorney for Plaintiff | Attorney for Defendant LINA |
| 30200 Telegraph Rd, Suite 400 | 222 N. Washington Sq., Suite 400 |
| Bingham Farms, MI 48025 | Lansing, MI 48933-1800 |
| (248) 540-6800 | (517) 377-0716 |
| sbatey@bateylaw.com | kblair@honigman.com |
| | |
| | HENRY FORD HEALTH SYSTEM |
| | OFFICE OF GENERAL COUNSEL |
| | Robert A. Farr (P61597) |
| | Attorney for Defendant HFHS |
| | One Ford Place, Room 4B |
| | Detroit, MI 48202 |
| | (248) 703-0662 |
| | rfarr1@hfhs.org |

_____/

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§1441, 1331, 1367, 1446, and 1391, Defendants HENRY FORD HEALTH SYSTEM ("HFHS") and LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"),[1] by and through their respective counsel, hereby remove this action from the Third Judicial Circuit Court of Wayne County, Michigan, where it is now pending, to the United States

---

[1] Defendant LINA was incorrectly denominated as CIGNA HEALTHCARE, INC. in the filings pending before the Third Circuit Court of Wayne County, Michigan. The parties have stipulated to the substitution of LINA for CIGNA.

1

District Court for the Eastern District of Michigan, Southern Division (Detroit). In support of said removal, Defendants HFHS and CIGNA state the following:

I. **OVERVIEW**

1. This case is removable to the U.S. District Court pursuant to 28 U.S.C. §1441 because this Court has original jurisdiction over Plaintiff's claims under the Americans With Disabilities Act (ADA, 42 U.S.C. §12101, *et seq*) and the Family & Medical leave Act (FMLA, 29 U.S.C. §2601) contained with her complaint. *See* Exhibit A – Plaintiff's Complaint page 2 paragraph 6.

2. This Notice of Removal is timely filed under 28 U.S.C. §1446(b)(2)(C), the Defendants hereto having been served at different times. Plaintiff completed service of process against the latter-served Defendant, HFHS, on December 29, 2021, and the earlier served Defendant, LINA, consents to removal despite not previously initiating removal itself.

II. **SERVICE OF THE SUMMONS AND COMPLAINT**

3. A copy of Plaintiff's original Complaint filed in the Third Judicial Circuit Court of Wayne County, Michigan (Honorable CHARLES S. HEGERTY), is attached hereto as Exhibit A.

4. Plaintiff's Complaint against Defendants HFHS and LINA alleges -

    (a) Discrimination, harassment, and retaliation against Defendant HFHS, in violation of ADA and Michigan's Persons with Disabilities Civil Rights Act (PWDCRA, MCL 37.1101, *et seq*). *See* Exhibit A – Complaint Count I (page 2 paragraph 6, and pages 7-9).

    (b) Discrimination, harassment, and retaliation against Defendant HFHS, in violation of the FMLA. *See* Exhibit A – Complaint Count II (page 2 paragraph 6, and pages 9-10).

    (c) Negligence and breach of an alleged duty of reasonable care, prudence, and recordkeeping accuracy against Defendant LINA in violation of unidentified State of Michigan laws. *See* Exhibit A – Complaint Count III (page 2 paragraph 6, and pages 10-12).

5. The Complaint attached as Exhibit A, and a Stipulation to Extend Deadline for Defendants to Respond to Plaintiff's Complaint attached hereto as Exhibit B, constitute all process, pleadings, orders, and other filings served upon Defendants HFHS and LINA to date in the matter pending in the State court.

### III. STATEMENT OF GROUNDS FOR REMOVAL

6. 28 U.S.C. §1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. This Court has original jurisdiction over Plaintiff's ADA and FMLA claims, pursuant to 28 U.S.C. §1331. Accordingly, removal from the State court to this Court is proper under 28 U.S.C. §1441.

8. This Court has supplemental jurisdiction over Plaintiff's State-law based PWDCRA claims and common law claims pursuant to 28 U.S.C. §1367 because they are so related to Plaintiff's ADA and FMLA claims that they form part of the same case or

    controversy under Article III of the U.S. Constitution. Accordingly, removal from the State court to this Court is proper under 28 U.S.C. §1441.

9. This Notice of Removal is timely under 28 U.S.C. §1446(b)(2)(C), as Defendant HFHS filed this Notice of Removal within 30-days after Plaintiff completed service of process of the Complaint on December 29, 2021. *See* 28 U.S.C. §1446(b)(2)(C).

## IV.   VENUE

10. Venue properly lies in the U.S. District Court for the Eastern District of Michigan pursuant to 28 U.S.C. §1441 and §1391(b) because the State court action was filed in this district and the State court action asserts that the alleged unlawful actions took place within this U.S. Judicial District. *See* Exhibit A – Complaint page 2 paragraph 4.

## V.   REMOVAL

11. The prerequisites for removal under 28 U.S.C. §1441 have been met.

12. The action originally filed in the Third Judicial Circuit for Wayne County, Michigan, is thus properly removable because the U.S. District Court for the Eastern District of Michigan has original jurisdiction over the Federal statutory claims pursuant to 28 U.S.C. §1331, and has supplemental jurisdiction over the State statutory and common law claims pursuant to 28 U.S.C. §1367.

13. Pursuant to 28 U.S.C. §1446(b)(2)(C), Defendants HFHS and LINA file this Notice of Removal within 30-days after Plaintiff completed service of the Complaint on the latter served Defendant, HFHS, and Defendant LINA consents to the removal pursuant thereto.

14. Defendants HFHS and LINA have not yet filed an answer or other responsive pleading in response to Plaintiff's Complaint.

15. Defendants HFHS and LINA has paid or will pay the filing fees prescribed by this Court's rules.

16. This Notice of Removal is being served upon Plaintiff electronically by email, and by U.S. Postal Service, and a copy of this Notice of Removal will be filed electronically with the Clerk of the Court for the Third Judicial Circuit Court of Wayne County, Michigan pursuant to 28 U.S.C. §1446(d). *See* Exhibit C - Notice of Filing Notice of Removal and Proof of Service – Wayne County Circuit Court.

17. Defendants HFHS and LINA submit this Notice of Removal without waiving any of their respective defenses to the claims asserted by Plaintiff or conceding that Plaintiff has asserted claims upon which relief can be granted.

WHEREFORE, Defendants HFHS and LINA respectfully request that the U.S. District Court for the Eastern District of Michigan accept jurisdiction of this action and henceforth that this action be placed upon the docket of this Court for further proceedings as if this case had been originally instituted in this Court.

Respectfully submitted,

| | |
|---|---|
| s/ Robert Farr | s/ Kevin Blair (by consent to Robert Farr) |
| HENRY FORD HEALTH SYSTEM | HONIGMAN, LLP |
| OFFICE OF GENERAL COUNSEL | Kevin M. Blair (P76927) |
| Robert A. Farr (P61597) | Attorney for Defendant LINA |
| Attorney for Defendant HFHS | 222 N. Washington Sq., Suite 400 |
| One Ford Place, Room 4B | Lansing, MI  48933-1800 |
| Detroit, MI  48202 | (517) 377-0716 |
| (248) 703-0662 | kblair@honigman.com |
| rfarr1@hfhs.org | Dated: January 7, 2022 |
| Dated: January 7, 2022 | |