UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA VAUGHN TAYLOR-HAYWOOD,

    Plaintiff,

vs.

HENRY FORD HEALTH SYSTEM,

    Defendant.

_____/

Case No. 22-CV-10044

HON. GEORGE CARAM STEEH

## J U D G M E N T

The above-entitled matter has come before the court on defendant's motion for summary judgment, and in accordance with the court's order granting that motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

KINIKIA ESSIX
CLERK OF THE COURT

APPROVED:    By:  s/Michael Lang
    Deputy Clerk

s/George Caram Steeh
UNITED STATES DISTRICT JUDGE

Dated:
    Detroit, Michigan

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 28, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk